IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DENNIS CHARLES HARTLEY,

      Appellant,

 v.                                Case No.  5D21-1548
                                     LT Case No. 2019-CF-003447-A

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed May 24, 2022

Appeal from the Circuit Court
for Seminole County,
Melissa Souto, Judge.

Robert L. Sirianni, Jr., of Brownstone,
P.A., Winter Park, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Carmen F.
Corrente, Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.


WALLIS, HARRIS and SASSO, JJ., concur.